IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


ANGEL KING                                                                          PLAINTIFF

VS.                              CASE NO. 3:04CV00110 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                         DEFENDANT


## JUDGMENT


Pursuant to the Order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that Defendant's motion to remand is hereby granted.  This

is a "sentence four" remand.  This dismissal is without prejudice to Plaintiff's subsequent

filing for attorney's fees under the Equal Access to Justice Act.

SO ADJUDGED this 23rd day of September, 2005.



_Henry L. Jones, Jr._
UNITED STATES DISTRICT JUDGE